Che WALLACE, Appellant,

v.

STATE of Missouri, Respondent.

No. 72295.

Missouri Court of Appeals,
Eastern District,
Division One.

Feb. 10, 1998.

Dave Hemingway, Asst. Sp. Public Defender, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Breck K. Burgess, Asst. Atty. Gen., Jefferson City, for respondent.

Before GRIMM, P.J., and PUDLOWSKI and GARY M. GAERTNER, JJ.

*ORDER*

PER CURIAM.

Appellant, Che Wallace, pled guilty to a charge of sale of a controlled substance. He received a suspended sentence and was placed on probation for two years. He admitted to violating the terms of his probation and was sentenced to ten years in the Missouri Department of Corrections. Appellant filed a Motion to Vacate, Set Aside or Correct the Judgment or Sentence pursuant to Rule 24.035 which was dismissed as having been filed untimely. He appeals.

We have reviewed the briefs and legal file and no error of law appears. No jurisprudential purpose would be served by a written opinion. We affirm the judgment pursuant to Rule 84.16(b).

John RUNYON, Claimant/Appellant,

v.

A.A. INDUSTRIAL CLEANERS,
INC., Employer,

and

Mid–America Hotels, Inc. d/b/a I–55
Holiday Inn, Employer/Respondent.

No. 72285.

Missouri Court of Appeals,
Eastern District,
Division Two.

Feb. 10, 1998.

Robert L. DeVoto, DeVoto, Paperner, DeVoto & Nalick, St. Louis, for appellant.

Gregory K. Allsberry, Susman, Schermer, Rimmel & Shifrin, L.L.C., St. Louis, for employer.

Timothy M. Tierney, Mary Anne Lindsey, Evans & Dixon, L.L.C., St. Louis, for respondent.

Before CRANE, P.J., and GARY M. GAERTNER and RHODES RUSSELL, JJ.

*ORDER*

PER CURIAM.

Claimant appeals from the final award of the Labor and Industrial Relations Commission affirming the award of the Administrative Law Judge denying compensation. We affirm. The findings and conclusions of the Commission are not clearly erroneous, and an extended opinion would have no precedential value. The parties have been furnished with a memorandum for their information only, setting forth the reasons for our order affirming the judgment pursuant to Rule 84.16(b).